22 A.3d 957

IN THE MATTER OF MELVIN G. DUKE, AN ATTORNEY
AT LAW (ATTORNEY NO. 011431990).

July 14, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–322, concluding that **MELVIN G. DUKE** of **EAST ORANGE,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.4(b) (failure to communicate with client), *RPC* 3.3(a)(5) (failure to disclose a material fact to a tribunal), and *RPC* 1.15 and *Rule* 1:21–6 (recordkeeping deficiencies);

And **MELVIN G. DUKE** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **MELVIN G. DUKE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made, a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.